

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00291-CV

Roberto Avila **RODRIGUEZ**,
Appellant

v.

**PANTHER EXPEDITED SERVICES, INC.**,
Amigo Staffing, Inc., and Dicex International, Inc.,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT001668 D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, we REVERSE the portion of the trial court's order granting summary judgment in favor of appellee Dicex International, Inc. and dismissing as moot appellee Dicex International, Inc.'s third-party claims against appellee Amigo Staffing, Inc. and REMAND appellant Roberto Avila Rodriguez's clams against appellee Dicex International, Inc. and appellee Dicex International Inc.'s third-party claims against appellee Amigo Staffing, Inc. for further proceedings consistent with this court's opinion. The remainder of the trial court's summary judgment — specifically the summary judgment in favor of appellee Panther Expedited Services, Inc. — is AFFIRMED.

We order that each party bears its own costs of appeal.

SIGNED July 31, 2018.

Marialyn Barnard, Justice